```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

WILLIE PERKINS SMITH, III                                PETITIONER

VS.                              CIVIL ACTION NO. 3:19CV713TSL-RPM

C. RIVERS, WARDEN                                        RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on November 15, 2021, recommending that Smith's § 2241 petition be dismissed. Petitioner Willie Perkins Smith, III has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert P. Myers  entered on November 15, 2021, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 13th day of December, 2021.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE